IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :
                             :
             vs.             :   CRIMINAL NO: 2:12CR00514-002
                             :
Karim Williams               :

ORDER

AND NOW, this 27th day of March, 2019, it is hereby ORDERED and DIRECTED that the defendant be placed on home detention with electronic monitoring as directed by the U.S. Probation Office for ninety (90) days, as soon as practical, due to his noncompliance while voluntarily participating in the U.S. Probation Office Supervision to Aid Re-Entry (STAR) program.

BY THE COURT:

_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE